```
Form 27 - GENERAL PURPOSE
        JON L. NORINSBERG
        ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
-----------------------------------------------------
                                          Index No. 08 CV 012054
LONNIE THOMAS                  plaintiff
                                          Date Filed  ............
              - against -
                                          Office No.
THE CITY OF NEW YORK, ETAL     defendant
                                          Court Date:   / /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:
```

**JOEL GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **4th  day of February, 2008**      at  **03:45 PM.**,                at
   **%MICHAEL A.CARDOZO 100 CHURCH ST, 4TH FL.**
   **NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
   **ELECTRONIC FILING INSTRUCTIONS**
   **CIVIL COVER SHEET**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **TAMEKIA MENDES-GAMMON--CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
        APP. AGE: **27**       APP. HT: **5:6**        APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
6th  day of  February, 2008i



KENNETH WISSNER                         JOEL GOLUB   701893
Notary Public, State of New York        AETNA   CENTRAL   JUDICIAL   SERVICES
   No.01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 03/30/2010           Reference No: 9JLN110106