UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LONNIE THOMAS,

                Plaintiff,         **ECF CASE**

   -against-         Docket No. 08-CV-1054(LAP)(KNF)

                **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                Defendants.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         February 19, 2008

                MICHAEL A. CARDOZO
                Corporation Counsel of
                the City of New York
                Attorney for defendant
                City of New York
                100 Church Street
                New York, New York 10007
                (212) 442-0832
                (212) 788-9776 (fax)

                By:   s/ Hugh A. Zuber           .
                        Hugh A. Zuber (HZ 4935)
                        Assistant Corporation Counsel

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Jon L. Norinsberg, Esq.
225 Broadway, Suite 2700
New York, New York 10007