

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | HUGH A. ZUBER<br>Assistant Corporation Counsel<br>phone 212-442-0832<br>fax 212-788-9776<br>email hzuber@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

February 19, 2008

BY FACSIMILE (212) 805-0116
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: *Thomas v. City of New York, et al.*, 08-CV-1054(LAP)(KNF)

Dear Judge Preska:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with the consent of plaintiff's counsel, Jon L. Norinsberg, Esq., to request a sixty-day enlargement of time, from February 25, 2008 to April 25, 2008, within which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The plaintiffs allege, *inter alia*, violations of his constitutional rights under the First, Fourth, Fifth, Eighth and Fourteenth Amendments, when he was allegedly falsely arrested by police officers and maliciously prosecuted on criminal charges without any probable cause.

Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and forward to the plaintiffs for execution authorizations for the release of the underlying arrest and prosecution records, which may have been sealed pursuant to NYCPL § 160.50. Without the underlying records, defendants cannot properly assess this case or respond to the complaint. Accordingly, the enlargement of time will afford us the opportunity to fully investigate the matter and to secure the relevant documents.

February 20, 2008

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until April 25, 2008.

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel

BY FAX
Jon L. Norinsberg, Esq.
225 Broadway, Suite 2700
New York, NY 10007