Form 02 - SUITABLE AGE          AETNA  CENTRAL  JUDICIAL  SERVICES

       JON L. NORINSBERG
       ATTN:
U.S.SOUTHERN COURT    NEW YORK   COUNTY
----------------------------------------------

|  |  |
|---|---|
| LONNIE THOMAS | plaintiff |

- against -

|  |  |
|---|---|
| THE CITY OF NEW YORK, ETAL | defendant |

Index No. **08CV1054LAP**

Date Filed  . . . . . . . . . . . .

Office No.

Court Date:    / /

----------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**LUIS AGOSTINI**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the **20th** day of **May, 2008   10:19 AM**               at
     **%48TH PCT.450 CROSS BRONX EXP.SO.**
     **BRONX, NY 10457**
I served the  **AMENDED**
              **SUMMONS AND AMENDED COMPLAINT**
upon **LT.JOHN MCANDREW**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     **P.R.A. "JANE" SASSO,  CO-WORKER WHO REFUSED TRUE FIRST NAME**
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **BLACK**   HAIR: **BLACK**      AGE: **39**  HEIGHT: **5:6**   WEIGHT: **150**
OTHER IDENTIFYING FEATURES:
On **05/22/2008** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.


That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.


Sworn to before me this
22nd  day of  May,       2008ni



KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

LUIS AGOSTINI  1027732
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7JLN128584