```
Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
        JON L. NORINSBERG
        ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK COUNTY
--------------------------------------------------
                                                   Index No. 08CV1054LAP
LONNIE THOMAS                          plaintiff
                                                   Date Filed  ...........
             - against -
                                                   Office No.
THE CITY OF NEW YORK, ETAL            defendant
                                                   Court Date:    /  /
--------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
RUDOLPH WRIGHT     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
19th day of May, 2008  10:30 AM                at
    14 DETECTIVE SQUAD, 357 W.35TH ST
    NEW YORK, NY 10001
I served the   AMENDED
               SUMMONS AND AMENDED COMPLAINT
upon DET.THOMAS SCHICK, SHIELD NO.5461
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    OFFICER Z. MELIDONES, CO-WORKER WHO REFUSED TRUE FIRST NAME
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: WHITE    HAIR: BROWN    AGE: 50  HEIGHT: 5:6   WEIGHT: 150
OTHER IDENTIFYING FEATURES:
On 05/21/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.


That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st  day of  May,         2008k
                                          RUDOLPH WRIGHT   1022795
KENNETH WISSNER                           AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York          225 BROADWAY, SUITE 1802
    No.01WI4714130                        NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY              Reference No: 7JLN128585
Commission Expires 03/30/2010
```