```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
              JON L. NORINSBERG
         ATTN:
U.S.SOUTHERN COURT      NEW YORK COUNTY
-------------------------------------------
                                              Index No. 08CV1054LAP

LONNIE THOMAS                      plaintiff
                                              Date Filed  . . . . . . . . . . .

              - against -
                                              Office No.

THE CITY OF NEW YORK, ETAL        defendant
                                              Court Date:    /  /

-------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
LUIS AGOSTINI    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
20th day of May, 2008   10:19 AM              at
      %48TH PCT.450 CROSS BRONX EXP.SO.
      BRONX, NY 10457
I served the  AMENDED
              SUMMONS AND AMENDED COMPLAINT
upon LT.JOHN MCANDREW
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
      P.R.A. "JANE" SASSO, CO-WORKER WHO REFUSED TRUE FIRST NAME
  a person of suitable age and discretion.
      Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE  COLOR: BLACK    HAIR: BLACK      AGE: 39  HEIGHT: 5:6   WEIGHT: 150
OTHER IDENTIFYING FEATURES:
On 05/22/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
22nd   day  of   May,            2008ni
                                              . . . . . . . . . . . . . . . . . . . . . . .
KENNETH WISSNER                               LUIS AGOSTINI  1027732
Notary Public, State of New York              AETNA CENTRAL JUDICIAL SERVICES
    No.01WI4714130                            225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                  NEW YORK, NY, 10007
Commission Expires 03/30/2010                 Reference No: 7JLN128584
```