UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LONNIE THOMAS,

                              Plaintiff,                    **ECF CASE**

           -against-                                       Docket No. 08-CV-1054(LAP)(KNF)

                                                           **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                              Defendants.
-------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendants John McAndrew, Thomas Schick and Sean Craig and requests that all future papers

in this action be served upon the undersigned at the address designated below.

Dated: New York, New York
   June 9, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                        the City of New York
                                        Attorney for defendants John McAndrew,
                                        Thomas Schick and Sean Craig
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 442-0832
                                        (212) 788-9776 (fax)


                                        By:  s/ Hugh A. Zuber    .
                                           Hugh A. Zuber (HZ 4935)
                                           Assistant Corporation Counsel

TO:    The Clerk of the Court (By ECF)
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

CC:    Jon L. Norinsberg, Esq.
       225 Broadway, Suite 2700
       New York, New York 10007