

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HUGH A. ZUBER**
Assistant Corporation Counsel
Tel.: (212) 442-0832
Fax: (212) 788-9776

May 30, 2008

Via Facsimile (212) 805-7941
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Lonnie Thomas v. The City of New York, et al.,* 08-CV-1054(LAP)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of named defendant City of New York. I am writing to respectfully request that the Court adjourn the initial conference currently scheduled for June 3, 2008 at 9:30 a.m. Plaintiff's counsel has advised me that he consents to this request, which I make because an urgent personal matter has arisen. This is the first request for an adjournment of the conference.

For the Court's convenience, both plaintiff's counsel and I are available on June 9, 2008, June 10, 2008 or June 11, 2008 for an initial conference, if the Court's schedule permits.

I thank Your Honor for considering the within request.

*The conference is adjourned to June 30 at 9:00 am.*

Respectfully submitted,

Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel

**SO ORDERED**

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 17, 2008